PITTMAN, Plaintiff in Error, v. BASS *et al.*, Defendants in Error.

1. Judgment affirmed.

*Error to Dade Circuit Court.*

*Colman & Ballou,* for plaintiff in error.

SCOTT, Judge, delivered the opinion of the court.

There is no point of law involved in this case. The only question was whether upon the evidence produced by the plaintiff he was entitled to recover. The only witness to the material facts of the case was Pitman, and giving all the force to his testimony to which it could be entitled and it entirely fails to make out the case presented by the plaintiff's petition. The other judges concurring, the judgment will be affirmed.